```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  ROBERT D. SWEETIN
    Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2936
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10  UNITED STATES OF AMERICA,   )   Mag. No. 07-350 EFB
                                )
11          Plaintiff,          )   GOVERNMENT'S MOTION TO DISMISS
                                )   INFORMATION AS TO HEATHER
12      v.                      )   RENE HUDSON AND
                                )   ORDER.
13  HEATHER RENE HUDSON,        )
                                )
14          Defendant.          )
    _____)
15
         Pursuant to Rule 48(a) of the Federal Rules of Criminal
16
    Procedure, plaintiff United States of America, by and through its
17
    undersigned attorney, hereby moves this Honorable Court for an
18
    //
19
    //
20
    //
21
    //
22
    //
23
    //
24
    //
25
    //
26
    //
27
    //
28
```

1 | Order dismissing the Information as to Heather Rene Hudson, filed
2 | on November 7, 2007, case number 07-350 EFB.
3 | DATED: March 25, 2010                         BENJAMIN B. WAGNER
                                                  United States Attorney
4 |
5 |                                        By: /s/ Matthew C. Stegman
                                                  MATTHEW C. STEGMAN
6 |                                                Assistant U.S. Attorney
7 |
                                    O R D E R
8 | IT IS SO ORDERED:
9 | DATED: March 30, 2010
10|                                    EDMUND F. BRENNAN
11|                                    UNITED STATES MAGISTRATE JUDGE